

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                        01-13-00145-CV

Style:                               Helitrans Company

                                     **v.** Rotocraft Leasing Co., LLC

Date motion filed*:                  September 3, 2013

Type of motion:                      Unopposed second motion for extension of time to file appellant's brief

Party filing motion:                 Appellant Helitrans Company

Document to be filed:                Appellant's Brief

Is appeal accelerated?        No

If motion to extend time:
    Original due date:                        July 8, 2013
    Number of previous extensions granted:        1        Current Due date:  September 6, 2013
    Date Requested:                        Additional 60 days

Ordered that motion is:

    ☑        Granted in part

        If document is to be filed, document due:  **October 7, 2013**

        ☑        **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

_____
_____
_____
_____
_____

Judge's signature:   /s/ Jim Sharp
        ☑        Acting individually        ☐        Acting for the Court

Panel consists of   _____

Date:  September 12, 2013

November 7, 2008 Revision